IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00750-RPM-KMT

J. W. WILLIAMS, INC.,

        Plaintiff,

v.

ASPEN OPERATING, L.L.C.,

    Defendant.

_____

## ORDER DENYING MOTION FOR DEFAULT JUDGMENT
_____

Upon consideration of the Order and Recommendation of United States Magistrate Judge Kathleen M. Tafoya ]15], filed on August 8, 2008, it is

ORDERED that the Order and Recommendation of United States Magistrate Judge is accepted and the Motion for Entry of Default Judgment is denied.

Dated: August 22nd, 2008

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge